# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AYANNA CROMWELL, *Plaintiff,*<br><br>v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, *Defendant.* | CIVIL ACTION<br>NO. 24-1884 |

## ORDER

**AND NOW**, this 15th day of April, 2025, it is hereby **ORDERED** that SEPTA's Motion for Summary Judgment (ECF 20) is **GRANTED in part and DENIED in part** and Cromwell's Motion for Leave (ECF 27) is **GRANTED** in accordance with the following details:

1. Cromwell's case shall proceed as to all Counts.

2. Cromwell shall not pursue the theory of recovery concerning her retaliation claim that her October 5, 2023, Complaint to the SEPTA EEO is causally connected to the alleged adverse employment actions.

3. The Clerk of Court shall docket ECF 27-2 as the First Amended Complaint.

                                                **BY THE COURT:**

                                                /s/ Michael M. Baylson

                                                **MICHAEL M. BAYLSON, U.S.D.J.**